IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION, | § § § | MDL 1446 |

| | | |
|---|---|---|
| MARK NEWBY, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-01-3624 AND CONSOLIDATED CASES |
| ENRON CORPORATION, ET AL., | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| KEVIN LAMPKIN, JANICE SCHUETTE, ROBERT FERRELL, AND STEPHEN MILLER, Individually and on Behalf of All Others Similarly Situated, | § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-02-0851 |
| UBS FINANCIAL SERVICES, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| SAMUEL GIANCARLO, et al., Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-4359 |
| UBS FINANCIAL SERVICES, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court in each of the two member cases is

Plaintiffs' Joint Notice of Dispute and Motion for Determination

regarding the Court's Stay Order (#185 in H-02-0851, #139 in H-03-4359).[1]

The Court

ORDERS the motion for determination is GRANTED. The Court concludes that not only the appeal of the reversal of this Court's class certification in *Newby*,, but also the Supreme Court's granting a writ of certiorari in the *Charter Communications* action warrant continuing the stay in these two suits until the Supreme Court issues an opinion on the scope of § 10(b). *In re Enron Corp. Sec. Derivative & "ERISA" Litig.*, No. MDL-1446, Civ. A. No. H-01-3624, 2006 WL 4381143 (S.D. Tex. June 5, 2006), *subseq. determination*, 236 F.R.D. 313 (S.D. Tex. July 5, 2006), *rev'd and remanded sub nom. Regents of the University of Cal. v. Credit Suisse First Boston (USA), Inc.*, 482 F.2d 372 (5th Cir. 2007), *petition for cert. filed* 75 U.S.L.W. 3553 (Mar. 5, 2007)(No. 06-1341); *In re Charter Communications, Inc. Sec. Litig.*, 443 F.3d 987 (8th Cir. 2006), *cert. granted sub nom. Stoneridge Inv. Partners, L.L.C. v. Scientific-Atlanta. Inc.*, 127 S. St. 1873 (2007).

SIGNED at Houston, Texas, this 14th day of June, 2007.

Melinda Harmon

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

---

[1] The stay order is #5638 in *Newby, et al. v. Enron Corp., et al.*, H-01-3624.